COMMONWEALTH of Pennsylvania, Appellee,

v.

Harry ZMENKOWSKI a/k/a Richard Zmenkowski, Appellant.

Supreme Court of Pennsylvania.

Submitted May 18, 1998.

Decided May 5, 1999.

Vincent C. Murovich, Pittsburgh, for Harry Zmenkowski.

Claire C. Capristo, Michael W. Streily, Pittsburgh, Kevin F. McCarthy, Philadelphia, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

**AND NOW,** this 5th day of May, 1999, the above-captioned matter is dismissed as having been improvidently granted.